**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGEPORT FINANCIAL, INC., ROGER YOUNG, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21−CV−01156−KJM−JDP<br><br>Assigned to: Hon. Kimberly J. Mueller<br><br>**ORDER APPROVING PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

## **ORDER**

Good cause appearing therefor, the Court hereby approves the Plaintiff's Motion to Continue the Case Management Conference and orders as follows:

1. The Case Management Conference (Status Conference) set for January 27, 2022 is VACATED and RESET for April 7, 2022 at 2:30 p.m., with the filing of a joint status report fourteen days prior.

**IT IS SO ORDERED.**

Date: January 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE